# EXHIBIT 3

☒ Amended   Distributor ID# US00629888



# DISTRIBUTOR AGREEMENT—USA

75 W. Center St. Provo, UT 84601
Please Fax to 1-800-487-8000

PRODUCT PURCHASE AGREEMENT    INTERNATIONAL SPONSOR AGREEMENT    ARBITRATION AGREEMENT

## Step 1 New Account Information

All asterisks (*) fields are REQUIRED.

US00629888 Mike Ulrick

*Applicant #1 Name: Michael R. Ulrick
*Applicant #1 Social Security Number: [REDACTED]
Spouse or Co-habitant Name: Tawnya R. Ulrick
Spouse or Co-habitant Social Security Number: [REDACTED]
If spouse or co-habitant name is added to this agreement, spouse or co-habitant SSN field is required.

Complete if corporation, partnership, or other legal entity.
Name of Business Entity: ____
Primary Participant: ____
Federal Tax ID Number: ____
Please fill out Business Entity Form and submit with this agreement.

Language Preference: ☒ English ☐ Chinese ☐ Spanish ☐ Korean ☐ Japanese
*Daytime Phone: 509.990.5491
*Mailing Address: 15521 N. Hazard Road
*Shipping Address: 15521 N. Hazard Road
Email Address: ____
*Sponsor's Name: Larry Wieber
Referring Upline Name: ____

Evening Phone: 509.990.3511
*City/State: Spokane WA   Zip Code: 99208
*City/State: Spokane WA   Zip Code: 99208
*Date of Birth: 12/23/40
*Sponsor's ID Number: US0850317   Phone Number: 360.303.2624
Referring Upline ID Number: ____

Web Login Username and Password
Username (1st Choice): ____
Password: ____
Username (2nd Choice): ____

## Step 2 Join Our Team

☐ Purchase required, not-for-profit, Business Portfolio from Company (This is the only required purchase to join Nu Skin. All additional product or package purchases are optional.)
or ☐ Purchase Product Package*
or ☐ Select Business Builder and Buy 3 Product Packages* (The Business Portfolio is the only required purchase to join Nu Skin. All additional product or package purchases are optional.)
☐ Package 1: ____   ☐ Package 2: ____   ☐ Package 3: ____
*The Required Business Portfolio will be provided free of charge when you purchase either of these Packages or make at least 100 PSV purchase at the time of sign-up, or set-up a 50 PV ADR order.

## Step 3 Select Automatic Delivery Rewards (Earn points toward free product—1 point = $1 PSV)

| Code | Item | ADR Price | PSV | Total | Earn Rewards with Automatic Delivery Rewards** | |
|---|---|---|---|---|---|---|
| | | | | | Savings | 5% discount off regular purchase price |
| | | | | | Shipping discount | Flat $8.00 rate, savings of $4.00—orders over 200 PSV receive 3-5 day shipping |
| | | | | Total | Points earned | 20% of order for the first 12 shipments, 30% thereafter |

In order to enjoy all the benefits that ADR offers, please ensure your order is 50 PSV or greater.

Shipping & Handling: $6.00
Local Sales Tax†: ____
TOTAL REMITTANCE: ____

**Accumulate product points each month of ADR activity—up to 75 points per month! Points are redeemable for Pharmanex, Nu Skin, and select Big Planet products.
† SALES TAX: Nu Skin is registered to collect state and local sales tax in all states. Refer to Section 1 on the reverse side for more details.

☐ Please ship my order beginning on ____/____ (select a date between the 2nd and 24th), and every month thereafter on the same day (allow 10 business days for delivery).

## Step 4 Credit Card Information

CREDIT CARD. Automatic Delivery Rewards will include recurring monthly charges to my credit card. I may cancel future recurring charges at any time by notifying the Company in writing.
☒ VISA ☐ MasterCard ☐ American Express ☐ Discover Card

*Credit Card Number: 4147-3400-2650-7638   *Exp. Date (mm/yyyy): 10/2019
*Name on Card (Please Print): Michael R. Ulrick   *Cardholder's Signature: Michael R Ulrick
*Billing Address: 15521 N. Hazard Road, Spokane, WA 99208

## Step 5 Bonus Check Direct Deposit

COMMISSION CHECK DIRECT DEPOSIT
☐ DIRECT DEPOSIT my commissions/bonuses into my checking or savings account.
Please select one:
☐ view my commission statement online in My Office, Volumes & Genealogy (free)
☐ to receive my commission statement in the mail (debited from commission check)

Bank Name: ____   Bank Phone Number: ____
Please attach a voided check. (REQUIRED) If you do not have a check, please contact your bank for the appropriate document to replace a voided check.
Fee for commission Checks under $1,000.00 is $3.00; Checks $1,000.00 and over is $5.00

This agreement consists of five sections: (A) Definitions, (B) Distributor Agreement and Product Purchase Agreement (which includes the terms of the Automatic Delivery Rewards Program), (C) the International Sponsor Agreement, (D) Mandatory and Binding Arbitration Agreement, and (E) Miscellaneous Provisions.

©2012 Nu Skin Enterprises USA

# BINDING ARBITRATION AGREEMENT

This Mandatory and Binding Arbitration Agreement is between NSEUS, NSI and me.

1. THIS CONTRACT IS SUBJECT TO ARBITRATION. UTAH WILL BE THE EXCLUSIVE VENUE FOR ARBITRATION OR ANY OTHER RESOLUTION OF ANY DISPUTES ARISING UNDER OR RELATED TO THIS CONTRACT. The place of origin of this Contract is the State of Utah, USA, and it will be governed by, construed in accordance with, and interpreted pursuant to the laws of Utah, without giving effect to its rules regarding choice of laws. The exclusive venue for any and all Disputes will be in Salt Lake County, Utah. I consent to the personal jurisdiction of any courts within the State of Utah and waive any objection to improper venue.

2. I agree that any Dispute will be resolved and settled in accordance with and pursuant to the terms and conditions of this Contract, and by the rules and procedures set forth in Chapter 7 (Arbitration) of the Policies and Procedures or may be viewed online in the My Office section of a company web site. The arbitration proceedings will be conducted in Salt Lake City, Utah. The arbitration will be conducted in the English language, but at the request and expense of a party, documents and testimony will be translated into another language. One arbitrator will be appointed to hear and decide disputes, which arbitrator will be selected by mutual consent of both parties. The parties will each bear their own costs and expenses and an equal share of the (i) cost of the arbitrator and (ii) administrative fees of arbitration. Neither the parties nor the arbitrator may disclose the existence, content, or results of any arbitration without the prior written consent of both parties. Judgment on any award rendered by the arbitrator may be entered in any court having jurisdiction.

3. A "Dispute" is defined as any and all past, present or future claims, disputes, causes of action or complaints, whether based in contract, tort, statute, law, product liability, equity, or any other cause of action, (i) arising under or related to this Contract, (ii) between other Distributors and me arising out of or related to a Distributorship, or our business relationships as independent contractors of the Nu Skin, (iii) between Nu Skin and me, (iv) related to Nu Skin or its past or present affiliated entities, their owners, directors, officers, employees, investors, or vendors, (v) related to the Nu Skin Products, (vi) regarding Nu Skin's resolution of any other matter that impacts my Distributorship, or that arises out of or is related to the Company's business, including my disagreement with Nu Skin's disciplinary actions or interpretation of the Contract.

4. I AGREE TO ACCEPT AND BE BOUND BY THIS ARBITRATION AGREEMENT IF I ACCESS ANY NU SKIN WEB SITE, AND USE THE INFORMATION THEREIN, OR BY THE PURCHASE OF ANY NU SKIN PRODUCTS MADE AVAILABLE THROUGH SAID WEB SITES, OR THE PURCHASE OF ANY PRODUCTS FROM NSEUS, OR IF I RECEIVE A BONUS.

## E. MISCELLANEOUS PROVISIONS--REPRESENTATIONS AND WARRANTIES; PERSONAL INFORMATION; ACCEPTANCE; INDEMNITY AND LIMITATION OF LIABILITY

1. **Representations and Warranties**
   I represent and warrant that (a) I am authorized to enter this Contract and that I have met all legal requirements to enter into a valid contract in the United States; (b) when executed and delivered by me and accepted by NSEUS and NSI as described herein, the Contract constitutes a legal, valid and binding obligation; (c) the information provided by me in the Contract is accurate and complete and if I have provided any false or misleading information authorizes NSEUS or NSI, at its election, to declare the Contract void from its inception; (d) the social security number or federal tax identification number provided in this Distributor Agreement is my correct tax payer identification number for United States income tax purposes; (e) I, if an individual, am a United States citizen or a lawful permanent resident of the United States or, if a business entity, such as a corporation, partnership, limited liability company, or any other form of business organization, formed in the United States, it is legally formed under the laws of the state in which it was organized and that each member of the business entity has proper legal authorization to conduct business in the United States; and (f) neither I nor my partner/spouse (or if a corporation or other business organization, then any participant therein who is or should be listed on the Business Entity Form) have been engaged in Business Activity in another Distributorship in the six months (one year in the case of those having held an executive equivalent or higher pin-title under the Sales Compensation Plan) immediately preceding my sign up under my Sponsor identified in the Distributor Agreement.

2. **Authorization to Transfer Personal Information**
   In order for Nu Skin to provide support for my Distributorship, I authorize Nu Skin to transfer and disclose personal and/or confidential information, which (a) I have provided to Nu Skin in connection with my Distributorship and Downline Organization, or (b) that has been developed as a result of my activity as a Distributor, to (i) its parent and affiliated companies, (ii) and to my Nu Skin independent upline distributors when necessary to ensure proper upline support, and (iii) to applicable government agencies or regulatory bodies if required by law. I further authorize Nu Skin to use my personal information for distributor recognition and marketing materials.

3. **Acceptance of Contract by NSEUS and NSI**
   The effective date of the Distributor Agreement and ISA will be the date it is accepted by NSEUS and NSI, which will be (i) the date that I execute the Distributor Agreement and ISA electronically via the company's Internet sign-up procedure and it is received and accepted, (ii) the date that an original hard copy of this agreement is received and accepted and a computer record is made of the account, or (iii) the date a temporary account is set up, and in the discretion or NSEUS and NSI, my subsequent actions indicate an ongoing intent to pursue the business. The temporary account may be terminated by either NSEUS or NSI, at its discretion, if an original hard copy of this agreement is not received and accepted by NSEUS and NSI within thirty (30) days from the date a temporary account is set up.

4. **Indemnity and Limitation of Liability**
   (a) Indemnity
   I will indemnify and hold Nu Skin, and each of their shareholders, officers, directors and employees harmless from and against any claim, demand, liability, loss, action, causes of action, costs, or expenses, including, but not limited to, reasonable attorney's fees, resulting or arising from, directly or indirectly, any acts or omissions by me in conducting my independent Nu Skin business, including without limitation, breach of representations and warranties, material breach of the Contract and other agreements between the parties or any other claims or causes of action.

   (b) Limitation of Liability
   I agree that Nu Skin will not be liable for any special, indirect, direct, incidental, punitive, or consequential damages, including loss of profits, arising from or related to the breach of the Contract or other agreement between the parties. I agree that the entire liability of Nu Skin for any claim whatsoever related to my relationship with Nu Skin, including but not limited to any cause of action arising in contract, tort, or equity will be limited to the cost of Nu Skin Products that I have purchased from NSEUS.

---

I have previously reviewed the Contract, or agree, before conducting any Distributor activity, to do so online at www.policiesandprocedures.us. If I refuse to follow any provision of the Contract, I agree to notify NSEUS, in writing, and cancel my Distributorship. If cancelled within the next thirty days, I will receive a refund for products and materials returned in accordance with Paragraph 5 of the Distributor Agreement.

I understand that the only required purchase to become a Distributor is the non-commissionable, not-for-profit Business Portfolio which contains information about the opportunity, products and forms. I understand that the purchase of any Nu Skin Product, including Product Packages (Step 2) and Automatic Delivery Rewards (Step 3), is optional and is not required to become a Distributor; I understand that if I purchase a Product Package, I will separately receive a free Business Portfolio and need not purchase it.

If I have elected to participate in the Automatic Delivery Rewards Program, then subject to the terms and conditions of this Contract, I agree that I will (i) receive the quantities of Nu Skin Products I have selected and (ii) pay for them by the method I have selected.

I certify that I am 18 years old and legally able to enter into this Contract (which includes the Binding and Mandatory Arbitration Agreement), and agree to be bound by the terms and conditions of the Contract.

*Applicant Signature: _Michael R. Ulrick_ *Date: 8/24/18

Spouse or Co-habitant Signature: _Lawrya R. Ulrick_ Date: 8/24/18

Please Fax to 1-800-487-8000