# EXHIBIT 5

Last Amended | US11597384

# DISTRIBUTOR AGREEMENT - USA

NU SKIN

PRODUCT PURCHASE AGREEMENT
INTERNATIONAL SPONSOR AGREEMENT
ARBITRATION AGREEMENT

[illegible]

## Step 1 New Account Information

All asterisk (*) fields are REQUIRED.

*Applicant #1 Name: Toni R. Ragsdale

*Applicant #1 Social Security Number: [redacted]

Spouse or Co-habitant Name:

Spouse or Co-habitant Social Security Number:

[illegible]

Complete if corporation, partnership or other legal entity

Name of Business Entity: Ragsdale and Company LLC

Primary Partner: Toni R. Ragsdale MBR

Federal Tax ID Number: 38-4037940

Please fill out Business Entity Form and submit with this agreement.

Language Preference: ☑ English ☐ Chinese ☐ Spanish ☐ Korean ☐ Japanese

*Daytime Phone: 405-830-7676

*Mailing Address: 208 N.W. 32ND Street

*Shipping Address: Same

Email Address: Ragsdaleandassoc@aol.com

*Sponsor's Name: JONES MANG

Referring Upline Name:

Evening Phone: 405-830-7676

*City/State: Oklahoma City, OK Zip Code: 73118

*City/State: Same Zip Code: Same

*Date of Birth: 4 / 30 / 49

*Sponsor's ID Number: US1030703 Phone Number: 505-301-1257

Referring Upline ID Number:

[illegible]

Username (1st Choice): 20812

Password: OKRTRR 430

Username (2nd Choice):

## Step 2 Join Our Team

☐ Purchase required, not-for-profit, Business Portfolio from Company [illegible]

☐ Purchase Fast Start Product Sales Package

☐ Select Executive Fast Start Product Sales Package

☐ [illegible] ☐ [illegible]

[illegible]

## Step 3 Select Automatic Delivery Rewards (Earn points toward free product—1 point = $1 wholesale)

| Code | Item | ADR Price | PSV | Total |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Earn Rewards with Automatic Delivery Rewards [illegible]

In order to enjoy all the benefits that ADR offers, please ensure your order is 55 PSV or greater.

☐ [illegible]

Subtotal

Shipping & Handling

Local Sales Tax

TOTAL REMITTANCE

[illegible]

## Step 4 Credit Card Information

CREDIT CARD [illegible]

☑ VISA ☐ MasterCard ☐ American Express ☐ Discover Card

*Credit Card Number: 4060 4266 2787 1474 *Exp. Date (mm/yyyy): 01/2007

*Name on Card (Please Print): Toni L. Ragsdale *Cardholder's Signature: [signature]

*Billing Address: 208 N.W. 32ND Street Oklahoma City, Oklahoma 73118

## Step 5 Bonus Check Direct Deposit

COMMISSION CHECK DIRECT DEPOSIT

☐ DIRECT DEPOSIT [illegible]

Please select one:

☐ [illegible]

☐ [illegible]

Bank Name: Bank Phone Number:

[illegible]

The agreement consists of the sections: (A) Definitions, (B) Distributor Agreement and Product Purchase Agreement [illegible], (C) the International Sponsor Agreement, (D) [illegible] Binding Arbitration Agreement, and (E) Miscellaneous Provisions.

White copy: The Company [illegible] [illegible]

[illegible]

## D. MANDATORY AND BINDING ARBITRATION AGREEMENT

This Mandatory and Binding Arbitration Agreement is between NSEUS, NSI and me.

1. THIS CONTRACT IS SUBJECT TO ARBITRATION. UTAH WILL BE THE EXCLUSIVE VENUE FOR ARBITRATION OR ANY OTHER RESOLUTION OF ANY DISPUTES ARISING UNDER OR RELATED TO THIS CONTRACT. The place of origin of this Contract is the State of Utah, USA, and it will be governed by, construed in accordance with, and interpreted pursuant to the laws of Utah without giving effect to its rules regarding choice of laws. The exclusive venue for any and all Disputes will be in Salt Lake County, Utah. I consent to the personal jurisdiction of the courts within the State of Utah and waive any objection to improper venue.
2. I agree that any Dispute will be resolved and settled in accordance with and pursuant to the terms and conditions of this Contract, and by the rules and procedures set forth in Chapter 7 (Arbitration) of the Policies and Procedures as may be revised [illegible] company web site. The arbitration proceedings will be conducted in Salt Lake City, Utah. The arbitration will be conducted in the English language, but at the request and expense of a party, documents and testimony will be translated into another language. One arbitrator will be appointed [illegible] Dispute, which arbitrator will be selected by mutual consent of both parties. The parties will each bear their own costs and expenses and an equal share of the (i) cost of the arbitrator and (ii) administrative fees of arbitration. Neither the parties nor the arbitrator may disclose the existence, content or results of any arbitration without the prior written consent of both parties. Judgment on any award rendered by the arbitrator may be entered in any court having jurisdiction.
3. A "Dispute" is defined as any and all past, present or future claims, disputes, causes of action or complaints, whether based in contract, tort, statute, law, product liability, equity or any other cause of action, (i) arising under or related to this Contract, (ii) between other Distributors and me arising out of or related to a Distributorship, or our business relationship as independent contractors of the Nu Skin, (iii) between Nu Skin and me, (iv) related to Nu Skin or its past or present affiliated entities, their owners, directors, officers, employees, investors, or vendors, (v) related to the Nu Skin Products, (vi) regarding Nu Skin's resolution of any other matter that impacts my Distributorship, or that arises out of or is related to the Company's business, including my disagreement with Nu Skin's disciplinary actions or interpretation of the Contract.
4. I AGREE TO ACCEPT AND BE BOUND BY THIS ARBITRATION AGREEMENT IF I ACCESS ANY NU SKIN WEB SITE, AND USE THE INFORMATION THEREIN OR BY THE PURCHASE OF ANY NU SKIN PRODUCTS MADE AVAILABLE THROUGH SUCH WEB SITES OR THE PURCHASE OF ANY PRODUCTS FROM NSEUS, OR BY RECEIVING A [illegible]

## E. MISCELLANEOUS PROVISIONS—REPRESENTATIONS AND WARRANTIES, PERSONAL INFORMATION, ACCEPTANCE; INDEMNITY AND LIMITATION OF LIABILITY

1. Representations and Warranties
I represent and warrant that (a) I am authorized to enter this Contract and that I have not alleged [illegible] a valid contract in the United States; (b) when executed and delivered by me and accepted by NSEUS and NSI as described herein, the Contract constitutes a legal, valid and binding obligation; (c) the information provided by me in the Contract is accurate and complete and I have not provided any false or misleading information [illegible] NSEUS or NSI, in its discretion, to declare the Contract void from its inception; (d) the social security number or federal tax identification number provided in the Distributor Agreement is my correct taxpayer identification number for United States income tax purposes; (e) if an individual, I am a United States citizen or a lawful permanent resident of the United States or, if a business entity (such as a corporation, partnership, limited liability company or any other form of business organization), formed in the United States, it is legally formed under the laws of the state in which it was organized and that each member of the business entity has proper legal authorization to conduct business in the United States; and (f) neither I nor my partner/spouse (or if a corporation or other business organization, then any principal thereof) who is or should be listed on the Business Entity Form, have been engaged in Business Activity in another Distributorship in the six months (one year in the case of those having held an executive position or higher) prior to this under the Sales Compensation Plan immediately preceding my sign up under the Sponsor identified in the Distributor Agreement.
2. Authorization to Transfer Personal Information
In order for Nu Skin to provide support for my Distributorship, I authorize Nu Skin to transfer, use, disclose personal and financial information (a) that is provided to Nu Skin in connection with my Distributorship and Downline Organization or (b) that has been developed as a result of my activity as a Distributor, to (i) its parent and affiliated companies (ii) and to any Nu Skin independent [illegible] when necessary to [illegible] and (iii) to applicable government agencies or regulatory bodies if required by law. I further authorize Nu Skin to use my personal information for distribution recognition and marketing materials.
3. Acceptance of Contract by NSEUS and NSI
The effective date of the Distributor Agreement and this Contract will be the date it is accepted by NSEUS and NSI, which will be (i) the date that I execute the Distributor Agreement and this Contract electronically via the company's Internet sign-up procedures and it is received and accepted, (ii) the date that an original hard copy of this agreement is received and accepted and a computer record is made of the account, or (iii) the date a temporary account is set up, and in the discretion of NSEUS and NSI, any subsequent actions on an ongoing basis to pursue the business. The temporary account may be terminated by either NSEUS or NSI, at its discretion, if an original hard copy of the agreement is not received and accepted by NSEUS and NSI within thirty (30) days from the date a temporary account is set up.
4. Indemnity and Limitation of Liability
(a) Indemnity
I will indemnify and hold Nu Skin, and each of their shareholders, officers, directors and employees harmless from and against any claim, demand, liability, loss, action, cause of action, costs, or expenses, including but not limited to reasonable attorney's fees, resulting or arising from, directly or indirectly, any acts or omissions by me in conducting my independent Nu Skin business, including without limitation, breach of representations and warranties, or willful breach of the Contract and other agreements between the parties or any other claims or causes of action.
(b) Limitation of Liability
I agree that Nu Skin will not be liable for any special, indirect, direct, incidental, punitive, or consequential damages, including loss of profits, arising from or relating to the breach of the Contract or other agreements between the parties. I agree that the entire liability of Nu Skin for any claim related to or related to my relationship with Nu Skin including but not limited to any cause of action sounding in contract, tort, or equity, will be limited to the cost of Nu Skin Products that I have purchased from NSEUS.

I have previously reviewed the Contract, or agree, before conducting any Distributor activity, to do so online at [illegible]. If I refuse to follow any provision of the Contract, I agree to notify NSEUS, in writing, and cancel my Distributorship. If canceled within the next thirty days I will receive a refund for products and materials returned in accordance with Paragraph 5 of the Distributor Agreement.

I understand that the only required purchase to become a Distributor is the non-commissionable, not-for-profit Business Portfolio which contains information about the opportunity, products and forms. I understand that the purchase of any Nu Skin Product, including Product Packages (Step 2) and Automatic Delivery Rewards (Step 3), is optional and is not required to become a Distributor. I understand that if I purchase a Product Package, I will separately receive a free Business Portfolio and need not purchase it.

If I have elected to participate in the Automatic Delivery Rewards Program, then subject to the terms and conditions of the Contract, I agree that I will (i) receive the quantities of Nu Skin Products I have selected, and (ii) pay for them by the method I have selected.

I certify that I am 18 years old and legally able to enter into this Contract (which includes the Binding and Mandatory Arbitration Agreement), and agree to be bound by the terms and conditions of the Contract.

*Applicant Signature Toni R Fazzdeli Date 4-17-17

Spouse or Co-Applicant Signature [signature] Date 4-17-17

[illegible]