# EXHIBIT 13

## DISTRIBUTOR APPLICATION

☐ Amended
US0688177

PLEASE TYPE OR PRINT CLEARLY USING A DARK BALL POINT PEN (press firmly)    Nu Skin USA • 75 West Center • Provo Utah

### PERSONAL INFORMATION

**Applicant #1 Name (Last, First, Middle Initial):** FRENCH CALVIN A.

**Applicant #2 of Spouse Name (Last, First, Middle Initial):** RAAB EARNEST L.

**Applicant #1 Social Security Number:** [REDACTED]

**Primary Language Preference:** ☒ English  ☐ Chinese  ☐ Japanese  ☐ Spanish

**Primary Division of Interest (check one):** ☐ Nu Skin (Personal Care)  ☒ Pharmanex (Nutrition)  ☐ Big Planet (Technology)

**Mailing Address:** 7116 Canyon Ferry Rd. Helena, MT 59602

**Shipping Address:** SAME

**Daytime Phone:** 406-475-3462    **Evening Phone:** 509-995-1550

**Email Address:** ERAAB1@COMCAST.NET    **Date of Birth:** 6-4-46

**Sponsor's Name (Last, First, Middle Initial):** Burnett George

**Sponsor's ID Number:** US9477429    **Sponsor's Phone Number:** 801-472-6556

**Upline Executive's Name (Last, First, Middle Initial):** SAME AS ABOVE

### COMPLETE IF CORPORATION, PARTNERSHIP, OR OTHER INDIVIDUAL

**Name of Business Entity:** N/A

**Primary Partner:**

**Federal Tax ID Number:**

*NOTE: My signature indicates that, in order to become an Independent Distributor of the Company's products and services, I have read and agree to terms and conditions set forth in the following documents which comprise the Contract: the Distributor Agreement, the Sales Compensation Plan, the Policies and Procedures; and, if applicable, the Partnership/Corporation forms, supplemental services, and division specific program agreements. All signatures to this Distributor Agreement must be affixed personally. Applicants must be of legal age in their state of residence. I ALSO UNDERSTAND THAT THE ONLY FINANCIAL REQUIREMENT TO BECOME A DISTRIBUTOR IS THE PURCHASE OF A $35, plus sales tax, NOT-FOR-PROFIT DISTRIBUTOR STARTER KIT, which contains sales and demonstration materials and information produced by the Company. I understand that the required Distributor Starter Kit does not contain any products and that any products or services purchased in connection with becoming a Distributor are optional. I understand that any available technical services, division specific programs are also optional.*

**Applicant #1 or Principal Partner Signature:** Calvin A. French    **Date:** 1-11-05

**Applicant #2 or Spouse Signature:** [signature]    **Date:** 1-11-05

For Office Use Only

White copy-The Company