# EXHIBIT 16

# AGREEMENT

This agreement entered into this **30** day of **Jan.**, 20**07** between Nu Skin International Inc., a Utah corporation, located at 75 West Center Street in the City of Provo, in the State of Utah, hereinafter referred to as The Company; and **George Burnett** located at **980 E 150 S**, in the City of **Springville** in the State of **UT 84663** hereinafter referred to as Distributor #1 and **Cal French** located at **716 Canyon Ferry Rd.** in the City of **Helena** in the State of **Montana 59602** hereinafter referred to as Distributor #2.

WHEREAS Distributor #1 and Distributor #2 wish to merge their separate distributorships into a single distributorship to be held jointly as a partnership or operated in a corporate form; and

WHEREAS The Company desires to assist its distributors succeed; and

WHEREAS The Company reserves the right to grant or withhold permission to merge distributorships; and

WHEREAS The Company will not merge distributorships unless exigent circumstances warrant the merger; and

WHEREAS partnerships and some corporations dissolve under less than amicable conditions; and

WHEREAS the parties recognize The Company cannot later divide a distributorship, its downline, or other assets should the parties desire a dissolution of the merged distributorships;

NOW THEREFORE for good and valuable consideration receipt of which is hereby acknowledged the parties do agree, promise, and acknowledge as follows:

## THE COMPANY PROMISES

1. To merge Distributor #1 and Distributor #2 into a single distributorship; and
2. To treat the newly created distributorship as any other distributorship subject to the provisions contained in paragraphs #7 & 8 below.

## DISTRIBUTORS #1 AND #2 PROMISE

3. To comply with a newly signed and current Distributor Agreement Form which is attached to this document and the terms of which are hereby incorporated into this agreement by reference; and
4. To comply with the current policies and procedures; and
5. To strive diligently to further the business interests of the newly created distributorship; and

## ALL PARTIES ACKNOWLEDGE

6. The Company cannot and will not divide the newly created distributorship's downline should the

US9477429

    partners or owners later decide to dissolve this newly created distributorship.
7. The Company will pay this distributorship's earned commissions pursuant to our Sales Compensation Plan according to the information stated on the newly signed Amended Distributor Agreement.
8. This writing contains the entire agreement of the parties, as it relates to the payment, transfer of interest, creation and/or dissolution of the newly created distributorship.

**In witness whereof** the parties hereby have executed this agreement as evidenced by their signatures below.

_____　　　　　　Date _____
Nu Skin International, Inc.

_George J. Burnett_ US9477429　　　　　　　Date _Jan 31, 2007_
Distributor #1 & ID Number

_____　　　　　　Date _____
Distributor #2 & ID Number


US9477429

  partners or owners later decide to dissolve this newly created distributorship.
7. The Company will pay this distributorship's earned commissions pursuant to our Sales Compensation Plan according to the information stated on the newly signed Amended Distributor Agreement.
8. This writing contains the entire agreement of the parties, as it relates to the payment, transfer of interest, creation and/or dissolution of the newly created distributorship.

**In witness whereof** the parties hereby have executed this agreement as evidenced by their signatures below.

_____          Date   2-1-07
Nu Skin International, Inc.

_____          Date   _____
Distributor #1 & ID Number

_____          Date   1-30-07
Distributor #2 & ID Number

US9477429