# EXHIBIT 17

☒ Amended
Distributor ID# US9477429

# DISTRIBUTOR AGREEMENT— USA

PLEASE TYPE OR PRINT CLEARLY USING A DARK BALL POINT PEN (press firmly)    Nu Skin USA • 75 West Center • Provo, Utah 84601

## PERSONAL INFORMATION

Applicant #1 Name (Last, First, Middle Initial): Burnett George

Applicant #2 or Spouse Name (Last, First, Middle Initial): Calvin French & Earnest Raab

Applicant #1 Social Security Number: [redacted] - [redacted] - [redacted]    #2 [redacted]

Primary Language Preference: ☒ English  ☐ Chinese  ☐ Japanese  ☐ Spanish

Primary Division of Interest (check one): ☐ Nu Skin (Personal Care)  ☒ Pharmanex (Nutrition)  ☐ Big Planet (Technology)

Mailing Address: 980 E 150 S.    City/State: Springville UT    Zip Code: 84663

Shipping Address: SAME

Daytime Phone: 801-472-6556    Evening Phone: SAME

Date of Birth:

E-mail Address:

Sponsor's Name (Last, First, Middle Initial): Wes Blatter / for our Future Inc.

Sponsor's ID Number:    Sponsor's Phone Number: 720-989-5663

Upline Executive's Name (Last, First, Middle Initial): Wes Blatter

## COMPLETE IF CORPORATION, PARTNERSHIP, OR OTHER INDIVIDUAL

Name of Business Entity:

Primary Partner:

Federal Tax ID Number:

*NOTE: My signature indicates that, in order to become an Independent Distributor of the Company's products and services, I have read and agree to terms and conditions set forth in the following documents which comprise the Contract: the Distributor Agreement; the Sales Compensation Plan; the Policies and Procedures; and, if applicable, the Partnership/Corporation form; supplemental services, and division specific program agreements. All signatures to this Distributor Agreement must be affixed personally. Applicants must be of legal age in their state of residence. I ALSO UNDERSTAND THAT THE ONLY FINANCIAL REQUIREMENT TO BECOME A DISTRIBUTOR IS THE PURCHASE OF A $25, plus sales tax, NOT-FOR-PROFIT DISTRIBUTOR STARTER KIT, which contains sales and demonstration materials and information produced by the Company. I understand that the required Distributor Starter Kit does not contain any products and that any products or services purchased in connection with becoming a Distributor are optional. I understand that any available technical services, division specific programs are also optional.

Applicant #1 or Principal Partner Signature*    Date

Applicant #2 or Spouse Signature*  Calvin French &  [signature]    1-30-07

For Office Use Only

White copy-The Company  Yellow copy-Distributor  Pink copy-Sponsor    ©2001  02120202

US9477429    CT4210572